UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21423-CIV-ALTONAGA/Goodman

JUAN CARLOS GIL,

    Plaintiff,
v.

CITY OF AVENTURA, FLORIDA,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on City of Aventura's Motion to Dismiss Plaintiff's Complaint [ECF No. 8]. Given Plaintiff's Amended Complaint [ECF No. 10], it is

**ORDERED AND ADJUDGED** that the Motion to Dismiss [ECF No. 8] is **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of May, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record